

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00403-CV

Lydia **MARTINEZ**,
Appellant

v.

**33 REAL CONSTRUCTION LLC**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2024CVD000002L2
Honorable Victor Villarreal, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order all costs of this appeal to be taxed against appellant.

SIGNED August 21, 2024.

_____
Luz Elena D. Chapa, Justice